**FILED**

*3:16 pm, 1/18/24*

**Margaret Botkins
Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

THE UNITED STATES OF AMERICA
for the use and benefit of SUPPLY
NETWORK, INC. d/b/a VIKING
SUPPLYNET, a Michigan corporation,

        Plaintiff,

        v.

BIG RED FIRE PROTECTION LLC, a
Nebraska limited liability company;
BRIAN C MARINUS, an individual;
FLUOR FEDERAL SOLUTIONS, LLC,
a South Carolina limited liability
company; and NATIONAL UNION
FIRE INSURANCE COMPANY OF
PITTSBURGH, PA, a Pennsylvania
corporation,

        Defendants.

Case No. 23-CV-191-ABJ

---

## ORDER ON STIPULATED MOTION TO DISMISS AS TO DEFENDANTS BIG RED FIRE PROTECTION LLC AND BRIAN C MARINUS

---

THIS MATTER comes before the Court on the parties' *Stipulated Motion to Dismiss as to Defendants Big Red Fire Protection LLC and Brian C Marinus* (hereinafter *"Stipulated Motion to Dismiss"*). ECF No. 17. The parties jointly request Defendants Big Red Fire Protection LLC and Brian C Marinus be dismissed from this case. *Id.* Under Federal Rule of Civil Procedure 41, an action may be voluntarily dismissed by the plaintiff upon filing "a stipulation of dismissal signed by all parties who have appeared." Fed. R.

Civ. P. 41(a)(1)(A)(ii). Such dismissal, unless the stipulation states otherwise, is without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

Having reviewed the *Stipulated Motion to Dismiss*, the applicable law, and being otherwise fully advised, the Court hereby approves parties' *Stipulated Motion to Dismiss*. ECF No. 17. **IT IF THEREFORE ORDERED**, the claims against Defendants Big Red Fire Protection LLC and Brian C Marinus, in all their capacities, are hereby **DISMISSED** without prejudice and with each party bearing its own attorneys' fees, costs, and expenses. Pursuant to this *Stipulation*, there are no remaining defendants or outstanding claims in this matter. As such, the Clerk of Court shall mark this case as closed.

**IT IS FURTHER ORDERED** that this case is **HEREBY CLOSED**.

Dated this _18th_ day of January, 2024.

Alan B. Johnson
United States District Judge